### BENJAMIN S. LEVY *et al.*

*v.*

### THE METROPOLITAN NATIONAL BANK OF CHICAGO.

*Filed at Ottawa October 11, 1895.*

This case is controlled by *Levy* v. *Chicago National Bank*, (*ante*, p. 88,) and the judgments of the Appellate and county courts are reversed and the cause remanded.

 *Levy* v. *Metropolitan Nat. Bank*, 57 Ill. App. 143, reversed.

APPEAL from the Appellate Court for the First District;—heard in that court on appeal from the County Court of Cook county; the Hon. FRANK SCALES, Judge, presiding.

HOFHEIMER, ZEISLER & MACK, and JULIAN W. MACK, for appellants.

HOYNE, FOLLANSBEE & O'CONNOR, for appellee.

Per CURIAM:   The questions involved in this case are the same as those involved in *Levy* v. *Chicago Nat. Bank*, (*ante*, p. 88.)   The decision here is controlled and governed by the decision there, and the same judgment must be entered here as was entered there.   Accordingly the judgments of the Appellate and county courts are reversed, and the cause is remanded to the latter court for further proceedings in accordance with the views expressed in the opinion in *Levy* v. *Chicago Nat. Bank, supra.*
                                        *Reversed and remanded.*